UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* GREGORY SIMONY,

    Plaintiffs,

vs.

                                      Case No. 8:12-cv-2495-T-36TBM

MARK CONKLIN,

    Defendant.
_____/

## CONSENT JUDGMENT

This matter is before the Court upon the consent of the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services (HHS) (collectively, United States), and Defendant Mark T. Conklin (Defendant). The Defendant consents to the entry of this judgment having been established by virtue of the Settlement Agreement between the United States and the Defendant that became effective on March 2, 2016 (Settlement Agreement), attached as Exhibit A hereto. It now appears to the Court as follows:

    1.    This Court has jurisdiction over the United States and the Defendant (Parties) as well as over the subject matter of this action.

    2.    The Settlement Agreement was prepared and signed by the Parties, and took effect on March 2, 2016 (Effective Date).

    3.    The Settlement Agreement provides, *inter alia*, that the Defendant shall pay the United States the total sum of $1,750,000, with $750,000 to be paid within fourteen (14) days of the Effective Date of the Settlement Agreement, and the remaining $1,000,000 to be paid

over a period of three (3) years from the Effective Date, in twelve (12) equal quarterly installments according to the schedule attached as Exhibit 1 to the Settlement Agreement.

4. The Settlement Agreement further provides that a Consent Judgment may be entered if the Defendant defaults on any of his obligations under the Settlement Agreement.

5. Such a default has occurred.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the United States and against the Defendant Mark Conklin in the amount of $481,200.00, plus interest, costs and all other amounts due upon the event of default, as set forth in the Settlement Agreement. The United States may execute on this judgment.

The Clerk is directed to close this case.

DONE and ORDERED in Chambers, in Tampa, Florida this 7th day of February, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

All Counsel of Record